

```
                    FILED ___ LODGE
                ___ RECEIVED ___ COPY

                    JUL 19 2012

                CLERK U.S. DISTRICT COURT
                   DISTRICT OF ARIZONA
                BY _____ A DEPUTY
```

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   ERIC MARKOVICH
3  Assistant United States Attorney
   405 West Congress Street, Suite 4800
4  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
5  Email: eric.markovich@usdoj.gov
   Attorneys for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9                                    CR 12 - 1578 TUC CKJ/BPV
   United States of America,
10                              )    **I N D I C T M E N T**
          Plaintiff,            )
11                              )    Violations: 18 U.S.C. § 641
       v.                       )                (Theft of Public Money)
12                              )                Count 1
                                )
13 Scott Randall Meyer,         )                18 U.S.C. § 501
                                )                (Counterfeit and Forged
14        Defendants.           )                Postage Meter Stamps)
                                )                Count 2
15 _____)

16 **THE GRAND JURY CHARGES:**

17              INTRODUCTORY ALLEGATIONS:

18     1.   The United States Postal Service (USPS) offers the consumer several different
19 avenues through which it may acquire and pay for postage. The traditional method is to pay
20 for postage at the post office or at authorized retailers. A second method to pay for postage
21 permits the acquisition and payment through electronic or digital means via postage. The
22 USPS provides for mailers to use postage evidencing systems ("postage meters") to affix
23 postage indicia or proof of paid postage to a piece of mail.
24     2.   The USPS regulates these metered postage systems and their use to protect postal
25 revenue. Only USPS authorized manufacturers of product service providers may design,
26 produce, and distribute postage meters. The USPS has developed an infrastructure to monitor

and regulate postage meters for use by the public and only authorized providers are allowed to make postage meters available to the public. The monitoring of postage meters is done through a USPS database known as the Revenue Exception Database Systems ("REDS"). This monitoring system includes, among other tracking systems, the National Meter Accounts Tracking System ("NMATS") website which tracks postage meters, PC postage, customers, settings, and usage. Data reported in this application is transmitted to the USPS by the postage meter providers such as Pitney Bowes, Hasler, Neopost, Endicia and Stamps.com. Another monitoring system, Information Based Indicia-Revenue Protection System ("IBI-RP"), reviews information obtained through automated parcel sorters which read barcode labels generated through IBI postage providers such as endicia.com. The IBI-RP system is capable of recognizing duplicated or counterfeit postage labels.

3. Authorized providers support the USPS in user licensing and maintaining customer information required by the USPS to ensure proper payment of postage, to set and reset the meters with postage, and to provide inventory management. Each meter approved by the USPS and issued by a USPS authorized manufacturer must contain a unique serial number used to monitor the activities of each meter. In other words, every metered mail piece has a unique number which is associated with an authorized meter and the owner/operator.

4. A USPS customer leases a postage meter from a USPS authorized manufacturer or an approved distributor. As part of the meter contract agreement, the meter user acquires a license granting permission to use the postage meter. Through a variety of means, postage is purchased in advance and a corresponding credit is entered into the postage meter. Registers on the meter indicate the amount of postage used ("ascending register") and the amount of postage available on the meter ("descending register"). As postage is used, the ascending and

United States v. Scott Randall Meyer
Page 2

descending registers change by the corresponding amount of postage printed. Postage issued from the meter can either be printed directly onto mail or onto a meter strip or label which is affixed to the mail. When the amount of the postage set onto a meter is depleted, the postage meter must be reset (requires further payment) or value added to the meter.

5. USPS has authorized the use of "virtual postage meters" which allow the printing of postage meter stamps through a personal computer (PC). This postage generates digital information which includes both human readable information and a USPS approved two-dimensional barcode with a digital signature and other required data fields. These data fields include date of mailing, ascending register, and descending register control numbers. The two-dimensional barcodes are read by an electronic scanning device utilized by the USPS to process the mail and monitor the postage. Each individual stamp has a numbered piece count in ascending order. No numbered piece count will repeat unless it is duplicated, counterfeited and forged.

6. At the times material to this indictment, SCOTT RANDALL MEYER (MEYER) resided at 5400 N Suncrest Place, Tucson, AZ 85718 and operated an internet business, named Libros de Sabino, at his residence.

7. MEYER would take orders for merchandise through his internet business from individuals throughout the United States and abroad.

8. MEYER mailed items purchased through his internet business to individuals throughout the United States and abroad.

9. MEYER utilized Endicia.com postage meter number 504379 registered to Meyer and Meyer Books, 5400 N Suncrest Pl., Tucson, AZ 85718 to mail the items purchased from his internet business.

10. In order to avoid paying the postage costs, MEYER counterfeited Endicia.com postage meter stamps and affixed the meter stamps on the mail matter containing the merchandise his customers had purchased from him.

11. MEYER then took the mail matter containing counterfeit postage to post offices or other authorized depositories for the mail matter to be delivered by the United States Postal Service.

12. During the period from on our about January 26, 2010 through on or about December 15, 2011, MEYER deposited with the United States Postal Service approximately 4,035 parcels which were delivered or mailed by the Postal Service. These parcels had counterfeit Endicia.com postage meter stamps in various denominations, affixed to them totaling approximately $19,367.39 in counterfeit postage.

## COUNT ONE

THEFT OF PUBLIC MONEY (18 USC § 641)

The Introductory Allegations in paragraphs 1-12 of this Indictment are incorporated by reference as though fully set forth herein.

On or about January 26, 2010 through on or about December 15, 2011, in the District of Arizona and elsewhere, SCOTT RANDALL MEYER did steal, embezzle and knowingly convert to his own use, monies belonging to a department or agency of the United States, namely the United States Postal Service by delivering parcels to the Postal Service for delivery which had counterfeited and forged postage meter stamps affixed to them and thereby defrauding the Postal Service of postage monies due for mailing and delivering the parcels, in violation of Title 18, United States Code, Section 641.

1
**COUNT TWO**

2
COUNTERFEIT AND FORGED POSTAGE METER STAMPS (18 USC § 501)

3
   The Introductory Allegations in paragraphs 1-12 of this Indictment are incorporated by
4
reference as though set forth fully herein.

5
   On or about January 26, 2010 through on or about December 15, 2011, in the District
6
of Arizona and elsewhere, SCOTT RANDALL MEYER did unlawfully and knowingly make,
7
print, use and possess with the intent to use, forge, and counterfeit Endicia.com postage meter
8
stamps authorized and provided by the United State Postal Service without the special authority
9
and direction of the United States Postal Service in violation of Title 18, United States Code,
10
Section 501.

11
                                A TRUE BILL

12

13
                                _____/s/_____
                                Presiding Juror
14

15
JOHN S. LEONARDO
United States Attorney
District of Arizona                              JUL 19 2012
16
[signature]
17
Assistant U.S. Attorney
18
                                                REDACTED FOR
                                                PUBLIC DISCLOSURE
19

20

21

22

23

24

25
United States v. Scott Randall Meyer
26
Page 5